# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN GUZMAN,<br><br>                          Petitioner,<br>v.<br>SPEARMAN, Warden,<br><br>                         Respondent. | Case No.: 16cv2659-MMA (AGS)<br><br>**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND**<br><br>[Doc. No. 36]<br><br>**GRANTING PETITIONER'S MOTION TO AMEND PETITION**<br><br>[Doc. No. 31] |

      Petitioner Irwin Guzman ("Guzman"), a state prisoner proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). *See* Doc. No. 1. On September 27, 2017, Guzman filed a motion to amend the Petition. *See* Doc. No. 31. The matter was referred to United States Magistrate Judge Andrew G. Schopler for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), and Civil Local Rule HC.2. Judge Schopler has issued thorough Report recommending that Guzman's motion to amend the Petition be granted. *See* Doc. No. 36.

      Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part,

| | |
|---|---|
| 1 | the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § |
| 2 | 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). |
| 3 | Objections to the Report and Recommendation were due no later than November 15, |
| 4 | 2017. *See* Doc. No. 36 at 3. To date, no objections have been filed.[1] |

Accordingly, the Court finds that Judge Schopler has issued an accurate and well-reasoned Report and Recommendation. Thus, the Court **ADOPTS** the Recommendation to grant Guzman's motion to amend and **GRANTS** Guzman leave to amend the Petition.

The assigned magistrate judge is directed to issue a briefing schedule modifying the original briefing schedule issued in this case. *See* Doc. No. 14.

**IT IS SO ORDERED**.

DATE: November 20, 2017

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] The Clerk of Court served Guzman with a copy of the Report and Recommendation via U.S. Mail on November 1, 2017. *See* Doc. No. 36. The Court notes that prior to the issuance of the Report and Recommendation, Respondent filed a response to Guzman's motion noting that it "does not oppose Petitioner's motion to amend his Petition[.]" Doc. No. 34 at 7.