

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irwin Guzman | Civil Action No. 16cv2659-MMA(AGS) |
| Petitioner, | |
| V. | |
| Spearman, Warden | **JUDGMENT IN A CIVIL CASE** |
| Respondent. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses the Petition with prejudice.
Further, the Court denies Petitioner's request for an evidentiary hearing, and declines to issue a certificate of appealability.

Date: 11/29/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy